(No. 5634- 

Sisters of the Third Order of St. Francis, d/b/a St. Anthony Hospital, Claimant, vs. State of Illinois, Department of Public Aid, Respondent.

*Opinion filed November 11, 1969.*

Miller, Hickey, Collins and Close, Attorneys for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

26

BOOKWALTER, J.